AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2026

SEAN F. MCAVOY, CLERK

JULIAN M.,
*Plaintiff*
v.
FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

Civil Action No. 4:26-CV-05054-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

✔ other: The parties' Stipulated Motion for Remand, ECF No. 12, is GRANTED. This case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for the PLAINTIFF.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

✔ decided by Judge ALEXANDER C. EKSTROM

Date: 8/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*